No. 1556. SUCCESSION OF MOLFULLEDA, APPELLANT, *v.* SUCCESSION OF RAMOS, APPELLEE.—Nullity of possessory title proceedings. San Juan, Section 1. November 10, 1916. *Appeal dismissed.* Reconsideration denied December 21, 1916.

No. 1074. PEOPLE, APPELLEE, *v.* GARCÍA, APPELLANT.—Violation of section 260 of the Penal Code.

No. 1077. PEOPLE, APPELLEE, *v.* BERRÍOS, APPELLANT.—Seduction. San Juan, Section 2.

November 10, 1916. *Judgments affirmed.*

No. 1078. PEOPLE, APPELLEE, *v.* LÓPEZ, APPELLANT.—Offence against the Election Law. Ponce.

No. 1079. PEOPLE, APPELLEE, *v.* CABÁN, APPELLANT.—Aggravated assault and battery. San Juan, Section 2.

No. 1080. PEOPLE, APPELLEE, *v.* MANZANARES, APPELLANT.—Violation of the Pharmacy Act. Guayama.

November 13, 1916. *Judgments affirmed.*

No. 1557. GONZÁLEZ, APPELLANT-APPELLEE, *v.* PORTO RICO RAILWAY, LIGHT AND POWER CO., APPELLEE-APPELLANT.—Damages. San Juan, Section 1. November 13, 1916. *Appeals withdrawn.*

No. 1583. FERNÁNDEZ, APPELLEE, *v.* PÉREZ & RODRÍGUEZ ET AL., APPELLANTS.—Action of debt. San Juan, Section 2. November 14, 1916. *Appeal dismissed.*

No. 1083. PEOPLE, APPELLEE, *v.* SÁNCHEZ, APPELLANT.—Breach of peace. Humacao. November 21, 1916. *Judgment affirmed.*